USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILLIAN CRUZ,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER**

26-CV-5042 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated September 8, 2026, Plaintiff was directed to file her brief by **November 16, 2026**. ECF No. 12. To date, no such filing has been received. The deadline for Plaintiff to file her brief is extended *sua sponte* to **November 20, 2026**.

**SO ORDERED.**

Dated: November 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge